FILED: February 21, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4572
(2:21-cr-00087-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

MARK BOLLING

      Defendant - Appellant

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 1,200 pages.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk