FILED: February 21, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4572
(2:21-cr-00087-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MARK BOLLING

    Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the motion to exceed the length limitations for briefs, the court grants leave to file a brief not in excess of 15,000 words.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk