## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**UNITED STATES OF AMERICA,**
                    **Plaintiff- Appellee,**

v.                                                **Appeal No. 23-4572**

**MARK BOLLING,**
                    **Defendant-Appellant.**

### APPELLANT'S JOINT APPENDIX DESIGNATIONS

Comes now the Appellant, Mark Bolling ("Mr. Bolling"), by his counsel, Brian D. Yost, pursuant to Rule 30 (b)(1) of the Federal Rules of Appellate Procedure, and files this Joint Appendix Designation.

1. Counsel for Appellant has been unable to communicate with counsel for the Government despite numerous attempts and has received no designation for the Joint Appendix. Therefore, this designation is being filed.

2. The potential issues on appeal include:

    a. District Court's denial of Mr. Bolling's Rule 29 Motion for Judgment of Acquittal as to Counts Five and Six.

    b. District Court's denial of Mr. Bolling's Motion to Suppress the Vehicle Search.

    c. District Court's denial of Mr. Bolling's Motion to Suppress Search of Mr. Bolling's Phone.

    d. District Court's denial of Mr. Bolling's Motion to Suppress Search of 117 Keystone Drive.

e.  District Court's denial of Mr. Bolling's Motion for Frank's Hearing.

f.  Due Process / *Brady* violation as set forth in the arguments in the *Frank's* Motion along with the suppression, failure to maintain / produce / timely produce evidence such as the Pole Cam; Neighbors DVR; Pre search Video at Keystone Drive; Exit Video and Photos of Keystone Search.

g.  District Court's denial of Mr. Bolling's Motion in Limine / Introduction as 404(b) evidence the gun found in the Camry.

h.  District Court's denial of Mr. Bolling's Bruen Motion to Dismiss.

i.  Possible Juror Challenge (Juror 12 - Holly Sturm Hess)

3.  Counsel for Appellant designates the following portions of the record:

a.  Criminal Complaint

b.  Indictment; Superseding Indictment; Second Superseding Indictment

c.  Motion for Franks Hearing

d.  Motion to Suppress-117 Keystone

e.  Motion to Suppress - Bolling Phone

f.  Motion to Suppress -Traffic Stop

g.  Motion to Dismiss Counts Five and Six Superseding Indictment

h.  Motion in Limine - Gun in Camry

i.  US Omnibus Response to Motion to Dismiss / Motion in Limine

j.  US Response - Motion for Franks Hearing

k.  US Omnibus Response M- Motions to Suppress

l.  Motion for Additional Discovery / Exculpatory Evidence ECF 122

m.  Motion for Additional Discovery Exculpatory Evidence ECF 141

n.  US Response to Motions for Exculpatory Evidence ECF146

o.  Bruen Motion to Dismiss

p.  US Response to Bruen Motion

q.  January 10, 2023, Pretrial Motions Hearing Transcripts

r.  February 2, 2023, Pretrial Motions Hearing Transcripts

s.  Motion for Judgment of Acquittal and US Response

t.  Court Orders Denying Pretrial Motions ECF 216 / ECF 221

u.  All Court Memorandum Opinions Denying Motions ECF 253; 254; 255; 258; 259.

v.  Portions of Trial Transcripts:

   i.  Testimony of DAVID BULLARD

   ii.  Testimony of JARRED PAYNE

   iii. Testimony of SEAN MCNEES

   iv. Testimony of DONALD LESLIE JORDAN

w.  Trial Exhibits

   i.  Government Exhibits 10; 11; 12A; 12B; 12C; 16g; 16h; 16i; 16j; 19; 20; 21; 22B; 22C; 23A; 23B; 27.

   ii.  Defendant Exhibits 1; 2; 3; 6; 9; 10.

x.  Jury Verdict and Court Order on Verdict

y.  Jury Strike Sheet Voire Dire Transcripts as to Juror 12

z.  Judgment

Respectfully submitted,

**MARK BOLLING**
By Counsel

/s/   Brian D.  Yost,
Brian D.  Yost

HOLROYD & YOST
209 W.  Washington St.
Charleston, WV 25302
(304) 343-7501
Brian@byostlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that on February 21, 2024, the foregoing APPELLANT'S

JOINT APPENDIX DESIGNATIONS was electronically filed with the Clerk of

Court using the CM/ECF System, which will send notice of such filing to the following

registered CM/ECF user:


**VIA CM/ECF:**        Jennifer Rada Herrald, Assistant United States Attorney
Office of the United States Attorney
United States Courthouse, Room 4000
300 Virginia Street East
Charleston, West Virginia 25301


By:   /s/  Brian D. Yost
Brian D. Yost
Counsel for Appellant
HOLROYD & YOST
209 W. Washington St.
Charleston, WV 25302
304-343-7501
Brian@byostlaw.com